UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FRATERNAL ORDER OF POLICE, METROPOLITAN POLICE DEPARTMENT LABOR COMMITTEE, D.C. POLICE UNION,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-02130 |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, The Fraternal Order of Police, Metropolitan Police Department Labor Committee, D.C. Police Union ("D.C. Police Union"), by its attorneys, pursuant to Fed. R. Civ. P. 56 and LCvR 7(h), hereby files this Motion for Summary Judgment. In support, the plaintiff hereby incorporates by reference the attached Memorandum of Law.

WHEREFORE, the plaintiff requests that the Court grant its Motion for Summary Judgment.

Respectfully submitted,

 */s/ Anthony M. Conti*
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201
(410) 837-6999
(410) 510-1647 (facsimile)

Attorneys for Plaintiff

## **LCvR 7(m) STATEMENT**

This Motion is being served on the Defendants with the Complaint in this matter. As such, counsel for the Defendants have not yet entered an appearance in this case and counsel for the Plaintiff could not contact counsel for the Defendants to determine whether the Defendants oppose the relief sought in the motion. As such, the motion should be treated as contested.

　　　　　　　　　　　　　　　　　　  */s/ Anthony M. Conti*
　　　　　　　　　　　　　　　　　　Anthony M. Conti (D.C. Bar No. 479152)
　　　　　　　　　　　　　　　　　　Daniel J. McCartin (D.C. Bar No. 976580)
　　　　　　　　　　　　　　　　　　CONTI FENN LLC
　　　　　　　　　　　　　　　　　　36 South Charles Street, Suite 2501
　　　　　　　　　　　　　　　　　　Baltimore, Maryland  21201
　　　　　　　　　　　　　　　　　　(410) 837-6999
　　　　　　　　　　　　　　　　　　(410) 510-1647 (facsimile)

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**LCvR 7(f) REQUEST FOR ORAL HEARING**

Pursuant to LCvR 7(f), the Plaintiff hereby requests an oral hearing on its Motion for Summary Judgment.

   /s/ Anthony M. Conti
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201
(410) 837-6999
(410) 510-1647 (facsimile)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August 2020, a copy of the Motion was electronically filed with the Clerk of the Court and a copy was served upon the following individuals or office via electronic mail with the Complaint through their designated Agents:

Chad Copeland, Esq.
Deputy Attorney General
441 4th Street, N.W.
Washington, DC  20001
chad.copeland@dc.gov

Stephanie Litos, Esq.
Assistant Deputy Attorney General
441 4th Street, N.W.
Washington, DC  20001
Stephanie.litos@dc.gov

Tonia Robinson
Office of the Attorney General of
The District of Columbia
441 4th Street, NW
Washington, DC 20001
tonia.robinson@dc.gov

Agents for the District of Columbia and Mayor Muriel Bowser

                                                                              */s/ Anthony M. Conti*
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland  21201
(410) 837-6999
(410) 510-1647 (facsimile)

Attorneys for Plaintiff