UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FRATERNAL ORDER OF POLICE, METROPOLITAN POLICE DEPARTMENT LABOR COMMITTEE, D.C. POLICE UNION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:20-cv-02130 |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

The plaintiff, The Fraternal Order of Police, Metropolitan Police Department Labor Committee, D.C. Police Union ("D.C. Police Union"), by its attorneys, pursuant to LCvR 7(h), hereby files this Statement of Material Facts as to which there is no Genuine Issue.

1.　On July 7, 2020, the Council of the District of Columbia approved and signed the Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 (the "Act"). *See* the Act, attached as **Exhibit 1**.

2.　On July 9, 2020, the Chair of the Council of the District of Columbia, Phil Mendelson, presented the Act to Mayor Muriel Bowser for her review and approval. On July 22, 2020, Mayor Bowser approved and signed the Act, fully enacting the Act's provisions.

3.　The purpose of the Act, as set forth therein, is "[t]o provide, on an emergency basis, for comprehensive policing and justice reform for District residents and visitors, and for other purposes." *See* **Exhibit 1** at 1. The Act further states, "On May 25, 2020, Minneapolis Police Department officer Derek Chauvin murdered George Floyd by applying a neck restraint to

Floyd with his knee for 8 minutes and 46 seconds. Hundreds of thousands, if not millions, of people in cities and states across the world, including in the District, have taken to the streets to peacefully protest injustice, racism, and police brutality against Black people and other people of color." **Exhibit 1** at 2.

4. Section 116 of the Act amends Section 1708 of the District of Columbia Government Comprehensive Merit Personnel Act ("CMPA"), codified at D.C. Code § 1-617,08, by adding a new subsection (c), which states as follows:

> (c)(1) All matters pertaining to the discipline of sworn law enforcement personnel shall be retained by management and not be negotiable.
>
> (2) This subsection shall apply to any collective bargaining agreements entered into with the Fraternal Order of Police/Metropolitan Police Labor Committee after September 30, 2020.

**Exhibit 1** at 12.

5. No other public employees of the District or labor unions representing those employees are restricted from bargaining with management concerning discipline. Instead, the CMPA right to bargain with management concerning employee discipline was retained by these other employees and labor unions to the sole exclusion of the D.C. Police Union and sworn law enforcement. *See* **Exhibit 1** at 12.

6. Prior to the enactment of the Act, the D.C. Police Union and every other labor union in the District of Columbia had enjoyed the right to bargain with management concerning the discipline of members. This right was conferred upon District of Columbia government employees through the CMPA. The CMPA was enacted in 1979 with the purpose to, among other things, "[c]reate uniform systems for personnel administration among the executive departments and agencies reporting directly to the Mayor of the District of Columbia and among the Council, independent agencies, boards, and commissions in the District of Columbia

government; . . . [e]stablish impartial and comprehensive administrative or negotiated procedures for resolving employee grievances;" and "[p]rovide for a positive policy of labor-management relations including collective bargaining between the District of Columbia government and its employees."  D.C. Code § 1-601.02.  The stated purpose of the CMPA emphasizes its intention that "[e]mployees are protected against coercion for partisan political purposes."  D.C. Code § 1-601.02(c).  With limited exceptions, the CMPA applies to all agencies and employees of the District of Columbia government.  *See* D.C. Code § 1-602.01.

7.  Concerning labor relations, the CMPA states: "The District of Columbia government finds and declares that an effective collective bargaining process is in the general public interest and will improve the morale of public employees and the quality of service to the public."  D.C. Code § 1-617.01(a).  As such, the CMPA guarantees that: "Each employee of the District government has the right, freely and without fear of penalty or reprisal, [t]o form, join, and assist a labor organization or to refrain from this activity" and to "engage in collective bargaining concerning terms and conditions of employment, as may be appropriate under this law and rules and regulations, through a duly designated majority representative."  D.C. Code § 1-617.01(b).

8.  D.C. Code § 1-617.08(b) states that "all matters shall be deemed negotiable except those that are proscribed by this subchapter."  Section 1-617.08(a) states that management shall retain the sole right "[t]o hire, promote, transfer, assign, and retain employees in positions within the agency and to suspend, demote, discharge, or take other disciplinary action against employees for cause."  While management retained the sole right to take disciplinary action against employees, the process by which this discipline was administered remained subject to negotiation between management and the labor unions.

3

9. For the past forty-one (41) years since the passage of the CMPA, every labor union in the District, including the D.C. Police Union, has enjoyed the right to bargain with management concerning the disciplinary process employed by management.

10. Since the passage of the CMPA, the D.C. Police Union and management of the Metropolitan Police Department have negotiated numerous collective bargaining agreements that cover the disciplinary procedures that apply to D.C. Police Union members. The current Collective Bargaining Agreement ("CBA") between the D.C. Police Union and the Metropolitan Police Department ("MPD") became effective on October 1, 2017 and is effective through September 30, 2020. *See* CBA, attached as **Exhibit 2**.

11. Article 12 of the parties' CBA contains the terms governing the discipline of D.C. Police Union members. In addition to setting forth the terms governing discipline, Article 12, Section 1 states that the "parties have agreed to form a Joint Labor-Management Committee ("Committee"), with no more than five (5) members per side, to discuss possible revisions to Article 12 (Discipline) of the parties' existing Collective Bargaining Agreement." *See* **Exhibit 2** at 13.

12. Article 12, Section 2 of the CBA states that "[t]he current Article 12, as set forth in the parties' existing Collective Bargaining Agreement, shall remain in full force and effect during the Committee's deliberations and shall be incorporated into any successor Collective Bargaining Agreement until such time as the Committee reaches agreement on any revisions to Article 12 or the process described herein is completed." **Exhibit 2** at 14. To date, the Committee has not reached agreement on any revisions to Article 12.

13. The D.C. Police Union is the exclusive representative of all police officers, sergeants, investigators, detectives, and detective sergeants of the D.C. Metropolitan Police

Department and is comprised of approximately 3,600 members. A majority of the members of the D.C. Police Union are racial minorities.

                                           Respectfully submitted,

                                           ___*/s/ Anthony M. Conti*_____
                                           Anthony M. Conti (D.C. Bar No. 479152)
                                           Daniel J. McCartin (D.C. Bar No. 976580)
                                           CONTI FENN LLC
                                           36 South Charles Street, Suite 2501
                                           Baltimore, Maryland  21201
                                           (410) 837-6999
                                           (410) 510-1647 (facsimile)

                                           Attorneys for Plaintiff