UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE FRATERNAL ORDER OF POLICE, METROPOLITAN POLICE DEPARTMENT LABOR COMMITTEE, D.C. POLICE UNION,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-02130 |

## ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment, and any Opposition thereto, it is this _____ day of _____, 2020, hereby

ORDERED: That the Plaintiff's Motion for Summary Judgment be, and hereby is GRANTED, and it is further ORDERED that:

1. Section 116 of the Comprehensive Policing and Justice Reform Second Emergency Amendment Act of 2020 (the "Act") is declared invalid and unconstitutional because it violates the Equal Protection Requirements of the Fifth Amendment and the Fourteenth Amendment to the United States Constitution;

2. Section 116 of the Act is declared invalid and unconstitutional because it violates the prohibition against bills of attainder as set forth in Article I, Section 9, Clause 3 of the Constitution of the United States;

3. Section 116 of the Act is declared invalid and unconstitutional because it violates the Contracts Clause as set forth at Article I, Section 10, Clause 1 of the Constitution of the United States;

4. Section 116 of the Act is declared invalid and unconstitutional because it violates the substantive due process protections of the Fifth Amendment to the Constitution of the United States;

5. Section 116 of the Act is declared invalid because it violates the District of Columbia Home Rule Act;

6. The Mayor of the District of Columbia is hereby permanently enjoined from enforcing Section 116 of the Act; and

7. The D.C. Police Union's attorneys' fees and costs incurred in this matter shall be paid by the Defendants pursuant to 42 U.S.C. § 1988.

_____  _____
Date                            The Honorable James E. Boasberg
                                United States District Court for the District of Columbia