UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE, METROPOLITAN POLICE DEPARTMENT LABOR COMMITTEE, D.C. POLICE UNION,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    Defendants. | Civil Action No. 20-2130 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' Motion to Dismiss is GRANTED;

2. Plaintiff's Motion for Summary Judgment is DENIED; and

3. The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: November 4, 2020