UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, METROPOLITAN POLICE DEPARTMENT LABOR COMMITTEE, D.C. POLICE UNION,<br><br>                Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>                Defendants. | Civil Action No. 20-2130 (JEB) |

**PLAINTIFF'S RULE 15(a) MOTION AND MEMORANDUM IN SUPPORT FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiff, Fraternal Order of Police, Metropolitan Police Department Labor Committee, D.C. Police Union ("D.C. Police Union"), by its attorneys, respectfully moves this Court for leave to file the attached Amended Complaint ("Amended Complaint," a final copy is attached as **Exhibit A**, and a red-lined copy is attached as **Exhibit B**).

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiffs to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

Through the Amended Complaint, the D.C. Police Union seeks to plead additional facts to its original four (4) claims against Defendants. The D.C. Police Union files this Motion along with its Rule 59(e) Motion to Alter or Amend the November 4, 2020 Order and judgment. *See*

*Ciralksy v, C.I.A.*, 355 F.3d 661, 673 (D.C. Cir. 2004) ("[O]nce a final judgment has been entered, a court cannot permit an amendment unless the plaintiff first satisfies Rule 59(e)'re more stringent standard for setting aside that judgment." (internal quotation marks omitted)); *see Firestone v. Firestone*, 76 F.3d 1206, 1208 (D.C. Cir. 1996) (same).

The D.C. Police Union sought the consent of the Defendants to the relief sought in this Motion, however, the Defendants did not consent.

For all these reasons, the D.C. Police Union respectfully requests that the Court grant Plaintiff's leave to file the attached Amended Complaint. Also attached is a proposed order.

Respectfully submitted,

   /s/   Anthony M. Conti
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Tel. (410) 837-6999
Fax: (410) 510-1647
tony@contifenn.com
dan@contifenn.com

*Counsel for Plaintiff*

## LOCAL CIVIL RULE 7(m) CERTIFICATION

I HEREBY CERTIFY that on November 25, 2020, I contacted counsel for the Defendants to request their consent to the foregoing motion pursuant to Local Civil Rule 7(m). On November 25, 2020, counsel for the Defendants informed counsel for the Plaintiff that the Defendants do not consent to this motion.

          /s/ *Anthony M. Conti*
Anthony M. Conti (D.C. Bar No. 479152)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December, 2020, a copy of the foregoing Plaintiff's Rule 15(a) Motion for Leave to File an Amended Complaint was served via the Court's electronic filing system on counsel of record for Defendants.

Pamela Disney, Esq.
Assistant Attorney General
400 Sixth Street, N.W.
Suite 10100
Washington, DC  20001
pamela.disney@dc.gov

*Counsel for the Defendants*

    /s/  *Anthony M. Conti*
Anthony M. Conti (D.C. Bar No. 479152)