## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Fraternal Order of Police, Metropolitan Police
Department Labor Committee, D.C. Police Union
Plaintiff

vs.                                    Civil Action No. 1:20-CV-02130-JEB

District of Columbia, et al.
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  27th   day of  May           , 20 21  , that

Plaintiff Fraternal Order of Police, Metropolitan Police Department Labor Committee, D.C. Police Union

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgments of this Court entered on the 14th day of May, 2021, and the 4th day of November, 2020,

in favor of Defendant District of Columbia, et al.

against said  Plaintiff Fraternal Order of Police, Metropolitan Police Labor Committee, D.C. Police Union

Anthony M. Conti
D.C. Bar No.: 479152
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
(410) 837-6999

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Fernando Amarillas, Esq.
Pamela Disney, Esq.
D.C. Office of Attorney General
400 Sixth Street, NW, Suite 10100
Washington, DC 20001